Motion Granted.

Counsel shall become familiar with
ACTL Code of Conduct.

s/ Jack Zouhary
United States District Judge
9/8/2010

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| CAMBRIDGE OF CALIFORNIA, INC. | ) | CASE NO. 03:10-CV-01858-JZ |
| | ) | |
| Plaintiff on behalf of itself and all others | ) | Judge Jack Zouhary |
| similarly situated, | ) | |
| | ) | **MOTION FOR ADMISSION** |
| v. | ) | **PRO HAC VICE** |
| | ) | |
| HICKORY SPRINGS | ) | |
| MANUFACTURING COMPANY. et al | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Local Rule 83.5(h), the undersigned files this Motion for permission for Bruce E. Van Dalsem of Quinn Emanuel Urquhart & Sullivan, LLP to appear in the above-captioned case *pro hac vice* as counsel for Plaintiff Cambridge of California, Inc.

As set forth in the affidavit attached hereto (Exhibit A), Bruce E. Van Dalsem is in good standing of the bars of the State of California, the Ninth Circuit Court of Appeals, the United States District Courts for the Northern, Southern, Eastern and Central Districts of California and the Northern District of Texas and his contact information is as follows:

Bruce E. Van Dalsem
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Phone: 213-443-3218
Fax: 213-443-3100
brucevandalsem@quinnemanuel.com

Respectfully Submitted

*/s/ Daniel Brockett*
Daniel Brockett (Ohio Bar No. 0060128)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Phone: (212) 849-7000
Fax: (212) 849-7100

**Attorneys for the Plaintiff and the Class**

Date:  September 8, 2010