# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| CAMBRIDGE OF CALIFORNIA, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., THE CARPENTER COMPANY, THE WOODBRIDGE GROUP, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL INC., FOAMEX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA LIMITED, AND VITAFOAM, INC.,<br><br>    Defendants. | CASE NO. 3:10-cv-01858<br><br>**APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    I, the below-signed, state that I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Ohio. I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for:    Defendant Flexible Foam Products, Inc.

    Respectfully submitted,

*s/ Kathleen M. Anderson*
Kathleen M. Anderson (Ohio #0074422)
BARNES & THORNBURG LLP
21 East State Street
Columbus, OH 43215-4219
Telephone: (260) 425-4657
Facsimile: (260) 424-8316
E-mail: kathleen.anderson@btlaw.com

ATTORNEY FOR DEFENDANT
FLEXIBLE FOAM PRODUCTS, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 20, 2010, she electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Daniel Brockett
>Stephen Neuwirth
>Quinn Emanuel Urquhart & Sullivan, LLP
>51 Madison Avenue, 22nd Floor
>New York, NY 10010
>*Attorneys for Cambridge of California, Inc.*
>
>Stephen A. Swedlow
>Korein Tillery
>205 N. Michigan Ave., #1900
>Chicago, IL 60601
>*Attorneys for Cambridge of California, Inc.*
>
>Bruce E. Van Dalsem
>Andrea L. Hertzfeld
>Quinn Emanuel Urquhart & Sullivan, LLP
>865 Figueroa St., 10th Floor
>Los Angeles, CA 90017
>*Attorneys for Cambridge of California, Inc.*
>
>Brian Strange
>Gretchen Carpenter
>Strange & Carpenter
>12100 Wilshire Blvd., Suite 1900
>Los Angeles, CA 90025
>*Attorneys for Cambridge of California, Inc.*
>
>Michael Briley
>Shumaker Loop & Kendrick, LLP
>1000 Jackson St.
>Toledo, OH 43604
>*Attorney for Plaintiff Cambridge of California, Inc.*
>
>Stephen Neuwirth
>Quinn Emanuel Urquhart & Sullivan, LLP
>51 Madison Ave, 22nd Floor
>New York, NY 10010
>*Attorney for Plaintiff Cambridge of California, Inc.*

John K. Warren
Freshfields Bruckhaus Deringer US LLP
701 Pennsylvania Avenue, NW, Suite 600
Washington, DC, 20004-2692
*Attorneys for Vitafoam Products Canada Limited and Vitafoam, Inc.*

And upon the following via U.S. Mail, first-class postage prepaid, and addressed to the following:

Scottdel, Inc.
c/o Louis A. Carson
400 Church Street
Swanton, OH 43558
*Scottdel, Inc.*

*s/ Kathleen M. Anderson*