IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Cambridge of California, Inc., et al. | Case Nos. 3:10 CV 1858 |
| | 3:10 CV 1867 |
| Plaintiffs, | 3:10 CV 1910 |
| | 3:10 CV 2089 |
| -vs- | 3:10 CV 2101 |
| | 3:10 CV 2107 |
| Hickory Springs Manufacturing Company, et al., | ORDER OF CONSOLIDATION |
| Defendants. | JUDGE JACK ZOUHARY |

Upon review of the Complaints in the above cases, the Court has determined that in the interest of judicial efficiency and economy, there are sufficient common legal factual issues such that these cases should be consolidated for purposes of discovery. Case No. 10 CV 1858 shall be the lead case and all pleadings shall be filed under that case number.

The Court sets a Status Phone Conference for **Monday, October 4, 2010 at 10:00 a.m.** Counsel are instructed to call Chambers at (419) 213-5675 to advise the Court who will be attending the conference and to obtain the phone number for the District Court conference line.

IT IS SO ORDERED.

                                                         s/ *Jack Zouhary*
                                                         JACK ZOUHARY
                                                         U. S. DISTRICT JUDGE

September 21, 2010