IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CAMBRIDGE OF CALIFORNIA, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| HICKORY SPRINGS MANUFACTURING COMPANY, et al., | ) ) ) |
| Defendants. | ) |

CASE NO.: 3:10-CV-01858-JZ

JUDGE JACK ZOUHARY

**NOTICE OF APPEARANCE ON BEHALF OF**
**<u>WOODBRIDGE SALES & ENGINEERING, INC.</u>**

Notice is hereby given that Robert F. Ware, Jr. and Matthew E. Liebson, of Thompson Hine LLP, 3900 Key Center, 127 Public Square, Cleveland, OH 44114-1291, enter their appearance on behalf of Woodbridge Sales & Engineering, Inc., improperly named by Plaintiffs as "Woodbridge Group," in this action.

Respectfully submitted,

/s/ Robert F. Ware

Robert F. Ware (0055515)
Rob.Ware@ThompsonHine.com
Matthew E. Liebson (0071544)
Matthew.Liebson@ThompsonHine.com
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114
Phone: (216) 566-5500
Fax: (216) 566-5800

Attorneys for Woodbridge Sales & Engineering, Inc.

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing **Notice of Appearance on Behalf of Woodbridge Sales & Engineering, Inc.** was filed electronically on October 1, 2010. Notice of electronic filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                         /s/ Robert F. Ware
                         An Attorney for
                         Woodbridge Sales & Engineering, Inc.