**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| CAMBRIDGE OF CALIFORNIA, INC., on behalf of itself and all others similarly situated, | |
| Plaintiff, | Consolidated Case No. 3:10-cv-1858 |
| | Case No. 3:10-cv-2118 |
| v. | |
| | Judge Jack Zouhary |
| HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., THE CARPENTER COMPANY, THE WOODBRIDGE GROUP, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL, INC., FOAMEX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA LIMITED, VITAFOAM, INC., | |
| Defendants. | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5, Plaintiff Rexx Rug & Linoleum Co., Inc., by and through its undersigned counsel, hereby moves this Court for an order admitting Marcus Neil Bozeman, a partner in the law firm of Carney Williams Bates Bozeman & Pulliam, PLLC, to practice *pro hac vice* before this Court on its behalf.

In support of this Motion, Plaintiff attaches the affidavit of Marcus Neil Bozeman.

Dated: October 4, 2010	Respectfully submitted,

      /s/ David Zoll
David Zoll
Zoll, Kranz and Borgess, LLC
6620 W. Central Ave. Suite 200
Toledo, OH  43617
Telephone:  (419) 841-9623
Fax:  (419) 841-9719
E-mail:  david@toledolaw.com

***Attorneys for Plaintiff Rexx Rug &
Linoleum Co., Inc. and the Class***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


      /s/ David Zoll
David Zoll
Zoll, Kranz and Borgess, LLC

***Attorneys for Plaintiff Rexx Rug &
Linoleum Co., Inc. and the Class***